IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADRIENNE TRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:10-cv-255 |
| ) | |
| COLLEEN McEACHEN, Individually, and ) | Judge Thomas A. Wiseman, Jr. |
| CHET C. MASON, Individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Adrienne Trice filed this suit originally on February 23, 2010 in the Circuit Court for Robertson County, Tennessee, against defendants Colleen McEachen and Chet C. Mason in their individual capacities, asserting that Defendants had taken adverse action against her in retaliation for her exercise of her First Amendment rights, in violation of 42 U.S.C. § 1983, and had engaged in malicious prosecution in violation of state law. Defendants thereafter removed the matter to federal court.

Defendants have now filed their motion for summary judgment (Doc. No. 12) asserting that they are entitled to summary judgment in their favor as to the First Amendment claim because the grand jury indictments are conclusive proof of probable cause. They assert that the common-law claim of malicious prosecution is subject to dismissal because Defendants did not initiate the investigation or make any decisions or recommendations with regard to whether to prosecute the plaintiff.

As explained in the accompanying Memorandum Opinion, the Court finds that Defendants are entitled to summary judgment in their favor on the grounds asserted. Defendants' motion (Doc. No. 12) is therefore **GRANTED** and this matter **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58, from which an appeal may lie.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge